UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                                  Case No.        8:07-MJ-1282-T-EAJ

TIMOTHY ANGELINI

_____/

## ORDER

This cause comes before the Court on the Government's Motion for Revocation of Conditional Order of Release. (Doc. No. 9). The Court held a hearing on this motion on June 21, 2007.

On June 15, 2007, the magistrate judge issued a Conditional Order of Release Pending Trial[1] (Doc. No. 4). Thereafter, the Government filed the instant motion for revocation of the conditional release order, in which it argued that Defendant Angelini is a danger to the community.

Having considered the nature and circumstances of the offense charged, the weight of evidence against Mr. Angelini, and Mr. Angelini's history and characteristics, the Court finds that the conditions set forth in the magistrate judge's conditional order of release (as further clarified below) will reasonably assure the appearance of Mr. Angelini as required and the safety of the community. However, the Court finds that there are some inconsistencies in special conditions section (contained in paragraph 5) of the conditional order of release that require further clarification, as follows: (1) Mr. Angelini is required to maintain lawful employment, but that employed must be with Sundial, Inc.; (2) Mr. Angelini may operate a motor vehicle for employment purposes only, which means that he may drive a golf cart on the premises of Lazy days and no other premise or vehicle; Mr. Angelini may not drive to work, but instead, he will be

---

[1] This document was incorrectly titled "Conditional Order of Release Pending Appeal."

driven by his boss whom he lives with; (3) Mr. Angelini will participate in home detention[2] with electronic monitoring; (4) Mr. Angelini shall reside with his boss at 11703 Rolling Oaks Lane, Tampa, Florida 33618; and (5) Mr. Angelini shall not have any contact with the confidential informant in any manner unless Mr. Angelini is in the presence of counsel.

Accordingly, it is ORDERED AND ADJUDGED that the the Government's Motion for Revocation of Conditional Order of Release (Doc. No. 9) is **DENIED** and the magistrate judge's Conditional Order of Release Pending Trial[3] (Doc. No. 4) is affirmed as clarified above.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of June, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Eduardo Toro-Font, AUSA
Matthew Perry, AUSA
Richard Rocha, Esq.
U.S. Marshal Service

---

[2] Home incarceration was incorrectly checked off on the conditional order of release.

[3] This document was incorrectly titled "Conditional Order of Release Pending Appeal."