UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                                                      Case No.  8:07-mj-1282-EAJ

TIMOTHY JOSEPH ANGELINI.

_____/

### ORDER

This cause comes before the Court on an Appeal of Magistrate's Order Denying Defendant's Motion to Modify Conditions of Pretrial Release. (Doc. No. 31.)  On August 10, 2007, the Court held a hearing on the appeal and reviewed the matter de novo.  The Court determines that the Magistrate Judge's Order Denying Defendant's Motion to Modify Conditions of Pretrial Release should be affirmed, and that the special condition of home detention shall remain in place.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of August, 2007.

*[Signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record